NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1707

STACEY SALARIO

VERSUS

CHRISTY PARKER MOORE AND STATE FARM
MUTUAL AUTOMOBILE INSURANCE COMPANY

**********

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2002-3852-A
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks and
Oswald A. Decuir, Judges.

AFFIRMED.

John T. Bennett
John T. Bennett Law Office
Post Office Box 275
Marksville, LA 71351
(318) 253-4631
Counsel for Plaintiff/Appellee:
    Stacey Salario

James B. Reichman
Reichman Law Firm
P. O. Box 210
Alexandria, LA 71309-0210
(318) 442-3251
Counsel for Defendant/Appellant:
    State Farm Mutual Automobile Insurance Company